UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**,<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.**,<br><br>Defendant. | Case No. 1:17-cv-36-EGS |

### [PROPOSED] ORDER

Before the Court is Plaintiff/Counterclaim Defendant Federal Deposit Insurance Corporation and Defendant/Counterclaim Plaintiff Bank of America, N.A.'s (collectively, "the Parties") Joint Motion to Modify the Scheduling Order. Having found good cause, the Court hereby

**ORDERS** that the Parties shall adhere to the following revised case schedule:

| Event | Date |
|---|---|
| Deadline to exchange available dates for expert depositions | May 29, 2020 |
| Deadline for expert depositions | July 31, 2020 |
| FDIC motion for summary judgment | August 24, 2020 |
| BANA opposition and cross-motion for summary judgment | October 13, 2020 |
| FDIC reply and opposition to cross-motion | November 30, 2020 |
| BANA reply in support of cross-motion | January 8, 2021 |

It is further **ORDERED** that the July 31, 2020 deadline to complete expert depositions will not be further extended on the basis that in-person depositions remain infeasible by that date. If necessary to complete expert depositions by July 31, 2020, depositions shall be held by videoconference.

**SO ORDERED.**


Dated: _____    _____
                                               The Honorable Emmet G. Sullivan
                                               United States District Judge