UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **BANK OF AMERICA, N.A.**, <br><br> Defendant. | Case No. 1:17-cv-36-EGS |

### [PROPOSED] ORDER

Before the Court is the Federal Deposit Insurance Corporation's ("**FDIC**") Unopposed Motion for Leave to File Memorandum of Points and Authorities in Excess of Page Limitation.

The FDIC's Motion is **GRANTED**.  The FDIC's Memorandum of Points and Authorities in support of its Motion for Summary Judgment shall not exceed 70 pages.  The FDIC's combined Memorandum of Points and Authorities in support of its Opposition and Reply shall not exceed 45 pages.

Dated: _____

_____
The Honorable Emmet G. Sullivan
United States District Judge