# EXHIBIT 4

# No. 1:17-cv-36-EGS-ZMF

**Document Produced in Native Format**

FDIC_00028654

June 12, 2019

> **General Note:** The Master Glossary contains all terms identified as glossary terms throughout the Codification. The Master Glossary may contain identical terms with different definitions, some of which may not be appropriate for a particular Subtopic. For any particular Subtopic, users should only use the glossary terms included in the particular Subtopic Glossary Section (Section 20).

**Glossary terms beginning with C**

•
**Cable Television Plant**

See Topic(s) 922

The cable television plant required to render service to the subscriber includes the following equipment:

a. Head-end. This includes the equipment used to receive signals of distant television or radio stations, whether directly from the transmitter or from a microwave relay system. It also includes the studio facilities required for operator-originated programming, if any.

b. Cable. This consists of cable and amplifiers (which maintain the quality of the signal) covering the subscriber area, either on utility poles or underground.

c. Drops. These consist of the hardware that provides access to the main cable, the short length of cable that brings the signal from the main cable to the subscriber's television set, and other associated hardware, which may include a trap to block particular channels.

d. Converters and descramblers. These devices are attached to the subscriber's television sets when more than 12 channels are provided or when special services are provided, such as pay cable or 2-way communication.

•
**Calculated Value**

See Topic(s) 718

A measure of the value of a share option or similar instrument determined by substituting the historical volatility of an appropriate industry sector index for the expected volatility of a nonpublic entity's share price in an option-pricing model.

•
**Callable Obligation**

See Topic(s) 470

An obligation is callable at a given date if the creditor has the right at that date to demand, or to give notice of its intention to demand, repayment of the obligation owed to it by the debtor.

•
**Call Option**

See Topic(s) 260, 718

A contract that allows the holder to buy a specified quantity of stock from the writer of the contract at a fixed price for a given period. See Option and Purchased Call Option.

•
**Capacity Contract**

See Topic(s) 815

An agreement by an owner of capacity to sell the right to that capacity to another party so that it can satisfy its obligations. For example, in the electric industry, capacity (sometimes referred to as installed capacity) is the capability to deliver electric power to the electric transmission system of an operating <u>control area</u>.

- 
## Capital Infusions

See Topic(s) 946

Expenditures made directly to the issuer to ensure that operations are completed, thereby allowing the issuer to generate cash flows to service the debt. Such expenditures are usually nonrecurring. In certain cases, bondholders may receive additional promissory notes, or the original bond instrument may be amended to provide for repayment of the capital infusions.

- 
## Capitalization Rate

See Topic(s) 835

Rate used to determine amount of interest to be capitalized in an accounting period.

- 
## Capitalize

See Topic(s) 980

Capitalize is used to indicate that the cost would be recorded as the cost of an asset. That procedure is often referred to as deferring a cost, and the resulting asset is sometimes described as a deferred cost.

- 
## Capital Lease

See Topic(s) 840

From the perspective of a lessee, a lease that meets any of the four lease classification criteria in paragraph <u>840-10-25-1</u>.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>842-10-65-1</u>.

[Glossary term superseded by Accounting Standards Update No. 2016-02]

- 
## Capitation Fee

See Topic(s) 954

A fixed amount per individual that is paid periodically (usually monthly) to a provider as compensation for providing comprehensive health care services for the period. The fee is set by contract between a prepaid health care plan and the provider. These contracts are generally with medical groups, independent practice associations, hospitals, and other similar providers. Capitation fees may be determined actuarially or negotiated based on expected costs to be incurred.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>606-10-65-1</u>.

[Glossary term superseded by Accounting Standards Update No. 2014-09]

- 
## Captive Insurer

Definition 1　| See Topic(s) 715

An insurance entity that does business primarily with related entities.

Definition 2   | See Topic(s) 715

An insurance entity that does business primarily with related entities.

- 
**Career-Average-Pay Formula**

See Topic(s) 715

A benefit formula that bases benefits on the employee's compensation over the entire period of service with the employer. A career-average-pay plan is a plan with such a formula.

- 
**Carrybacks**

See Topic(s) 740

Deductions or credits that cannot be utilized on the tax return during a year that may be carried back to reduce taxable income or taxes payable in a prior year. An operating loss carryback is an excess of tax deductions over gross income in a year; a tax credit carryback is the amount by which tax credits available for utilization exceed statutory limitations. Different tax jurisdictions have different rules about whether excess deductions or credits may be carried back and the length of the carryback period.

- 
**Carryforwards**

See Topic(s) 718, 740, 805, 852

Deductions or credits that cannot be utilized on the tax return during a year that may be carried forward to reduce taxable income or taxes payable in a future year. An operating loss carryforward is an excess of tax deductions over gross income in a year; a tax credit carryforward is the amount by which tax credits available for utilization exceed statutory limitations. Different tax jurisdictions have different rules about whether excess deductions or credits may be carried forward and the length of the carryforward period. The terms carryforward, operating loss carryforward, and tax credit carryforward refer to the amounts of those items, if any, reported in the tax return for the current year.

- 
**Carrying Amount**

Definition 1   | See Topic(s) 310, 470

For a receivable, the face amount increased or decreased by applicable accrued interest and applicable unamortized premium, discount, finance charges, or issue costs and also an allowance for uncollectible amounts and other valuation accounts.

For a payable, the face amount increased or decreased by applicable accrued interest and applicable unamortized premium, discount, finance charges, or issue costs

Definition 2   | See Topic(s) 944

The amount of an item as displayed in the financial statements.

- 
**Cash**

See Topic(s) 210, 230, 610, 860, 942

Consistent with common usage, cash includes not only currency on hand but demand deposits with banks or other financial institutions. Cash also includes other kinds of accounts that have the general characteristics of demand deposits in that the customer may deposit additional funds at any time and also effectively may withdraw funds at any time without prior notice or penalty. All charges and credits to those accounts are cash receipts or payments to both the entity owning the account and the bank holding it. For example, a bank's granting of a loan by

crediting the proceeds to a customer's demand deposit account is a cash payment by the bank and a cash receipt of the customer when the entry is made.

•

## Cash Advance Method

See Topic(s) 905

The cash advance method is a prohibited method of accounting for inventories of a marketing cooperative operating on a pooling basis. Under this method, inventories are accounted for at the amount of cash advances made to patrons. (This is sometimes referred to as the cost advance method.)

•

## Cash Balance Plan

See Topic(s) 715

A plan with the following characteristics:
   a.  A defined principal-crediting rate as a percentage of salary

   b.  A defined, noncontingent interest-crediting rate that entitles participants to future interest credits at a stated, fixed rate until retirement.

A cash balance plan communicates to employees a pension benefit in the form of a current account balance that is a function of current and past salary-based principal credits and future interest credits thereon at a stated rate based on those principal credits.

In a cash balance plan, individual account balances are determined by reference to a hypothetical account rather than specific assets, and the benefit is dependent on the employer's promised interest-crediting rate, not the actual return on plan assets. The employer's financial obligation to the plan is not satisfied by making prescribed principal and interest credit contributions—whether in cash or as a hypothetical contribution to participants' accounts—for the period; rather, the employer must fund, over time, amounts that can accumulate to the actuarial present value of the benefit due at the time of distribution to each participant pursuant to the plan's terms. The employer's contributions to a cash balance plan trust and the earnings on the invested plan assets may be unrelated to the principal and interest credits to participants' hypothetical accounts.

A cash balance plan is a defined benefit plan.

•

## Cash Consideration

See Topic(s) 605, 705, 908

Cash payments and credits that the customer can apply against trade amounts owed to the vendor. In addition, as indicated in Section 505-50-25, consideration in the form of equity instruments is recognized in the same period or periods and in the same manner (that is, capitalize versus expense) as if the entity had paid cash for the goods or services or used cash rebates as a sales discount instead of paying with or using the equity instruments. Accordingly, guidance with respect to cash consideration is applicable to consideration that consists of equity instruments (regardless of whether a measurement date has been reached).

**Note**: The following definition is Pending Content; see Transition Guidance in 718-10-65-11.

Cash payments and credits that the customer can apply against trade amounts owed to the vendor. In addition, as indicated in Section 718-10-25, consideration in the form of share-based payment awards is recognized in the same period or periods and in the same manner (that is, capitalize versus expense) as if the entity had paid cash for the goods or services instead of paying with or using the share-based payment awards. Accordingly, guidance with respect to cash consideration is applicable to consideration that consists of equity instruments.

- ### Cash Equivalents

    See Topic(s) 210, 230, 320, 610, 715, 830, 958

    Cash equivalents are short-term, highly liquid investments that have both of the following characteristics:
    a.  Readily convertible to known amounts of cash

    b.  So near their maturity that they present insignificant risk of changes in value because of changes in interest rates.

    Generally, only investments with original maturities of three months or less qualify under that definition. Original maturity means original maturity to the entity holding the investment. For example, both a three-month U.S. Treasury bill and a three-year U.S. Treasury note purchased three months from maturity qualify as cash equivalents. However, a Treasury note purchased three years ago does not become a cash equivalent when its remaining maturity is three months. Examples of items commonly considered to be cash equivalents are Treasury bills, commercial paper, money market funds, and federal funds sold (for an entity with banking operations).

- ### Cash Flow Hedge

    See Topic(s) 815

    A hedge of the exposure to variability in the cash flows of a recognized asset or liability, or of a forecasted transaction, that is attributable to a particular risk.

- ### Cash Flows Expected at Acquisition

    See Topic(s) 310

    The investor's estimate, at acquisition, of the amount and timing of undiscounted principal, interest, and other cash flows expected to be collected. This would be the investor's best estimate of cash flows, including the effect of prepayments if considered, that is used in determining the acquisition price, and, in a business combination, the investor's estimate of fair value for purposes of acquisition price assignment in accordance with Subtopic 805-20. One acceptable method of making this estimate is described in paragraphs 820-10-55-3F through 55-3G and 820-10-55-4 through 55-20, which provide guidance on present value techniques.

- ### Cashless Exercise

    See Topic(s) 815

    See Net Share Settlement.

- ### Cash Surrender Value

    See Topic(s) 325, 944

    The amount of cash that may be realized by the owner of a life insurance contract or annuity contract upon discontinuance and surrender of the contract before its maturity. The cash surrender value may be different from the policy account balance due to outstanding loans (including accrued interest) and surrender charges. (Note: The use of this glossary term is not consistent among legal contracts. When determining the applicability of this term, the economic substance of the item shall be taken into consideration.)

- ### Causes

See Topic(s) 958

The causes, conditions, needs, or concerns that a not-for-profit entity's (NFP's) programs are designed to address.

- 
## CDSL

See Contingent-Deferred Sales Load.

- 
## Cease-Use Date

See Topic(s) 420

The date the entity ceases using the right conveyed by the contract, for example, the right to use a leased property or to receive future goods or services.

- 
## Ceding Entity

Definition 1   | See Topic(s) 340

The party that pays a reinsurance premium in a reinsurance transaction. The ceding entity receives the right to reimbursement from the assuming entity under the terms of the reinsurance contract.

Definition 2   | See Topic(s) 944

The party that pays a reinsurance premium in a reinsurance transaction. The ceding entity receives the right to reimbursement from the assuming entity under the terms of the reinsurance contract.

- 
## Certificates

See Topic(s) 325

An insurance entity issues to each individual in a group contract a certificate of insurance for each person insured under the group contract. The certificate is merely a summary of the rights, duties, and benefits available under a group policy. If there is any conflict between the certificate and a group policy, the group policy is the controlling document. (Note: The use of this glossary term is not consistent among legal contracts. When determining the applicability of this term, the economic substance of the item shall be taken into consideration.)

- 
## Change in Accounting Estimate

See Topic(s) 250, 270

A change that has the effect of adjusting the carrying amount of an existing asset or liability or altering the subsequent accounting for existing or future assets or liabilities. A change in accounting estimate is a necessary consequence of the assessment, in conjunction with the periodic presentation of financial statements, of the present status and expected future benefits and obligations associated with assets and liabilities. Changes in accounting estimates result from new information. Examples of items for which estimates are necessary are uncollectible receivables, inventory obsolescence, service lives and salvage values of depreciable assets, and warranty obligations.

- 
## Change in Accounting Estimate Effected by a Change in Accounting Principle

See Topic(s) 250

A change in accounting estimate that is inseparable from the effect of a related change in accounting principle. An example of a change in estimate effected by a change in principle is a change in the method of depreciation, amortization, or depletion for long-lived, nonfinancial assets.

- 

## Change in Accounting Principle

See Topic(s) 250, 270, 805

A change from one generally accepted accounting principle to another generally accepted accounting principle when there are two or more generally accepted accounting principles that apply or when the accounting principle formerly used is no longer generally accepted. A change in the method of applying an accounting principle also is considered a change in accounting principle.

- 

## Change in the Reporting Entity

See Topic(s) 250

A change that results in financial statements that, in effect, are those of a different reporting entity. A change in the reporting entity is limited mainly to the following:
   a. Presenting consolidated or combined financial statements in place of financial statements of individual entities

   b. Changing specific subsidiaries that make up the group of entities for which consolidated financial statements are presented

   c. Changing the entities included in combined financial statements.

Neither a business combination accounted for by the acquisition method nor the consolidation of a variable interest entity (VIE) pursuant to Topic 810 is a change in reporting entity.

- 

## Chapter 11

See Topic(s) 852, 958

A reorganization action, either voluntarily or involuntarily initiated under the provisions of the Bankruptcy Code, that provides for a reorganization of the debt and equity structure of the business and allows the business to continue operations. A debtor may also file a plan of liquidation under Chapter 11.

- 

## Chapter 7

See Topic(s) 852

A liquidation, voluntarily or involuntarily initiated under the provisions of the Bankruptcy Code, that provides for liquidation of the business or the debtor's estate.

- 

## Charitable Gift Annuity

See Topic(s) 958

A transfer of assets to a not-for-profit entity (NFP) in connection with a split-interest agreement that is in part a contribution and in part an exchange transaction. The NFP accepts the contribution and is obligated to make periodic stipulated payments to the donor or a third-party beneficiary for a specified period of time, usually either a specified number of years or until the death of the donor or third-party beneficiary.

-

**Charitable Lead Annuity Trust**

See Topic(s) 958

A trust established in connection with a split-interest agreement, in which a not-for-profit entity (NFP) receives distributions of a fixed amount during the agreement's term. Upon termination of the trust, the remainder of the trust assets is paid to the donor or to third-party beneficiaries designated by the donor.

- **Charitable Lead Trust**

See Topic(s) 958

A trust established in connection with a split-interest agreement, in which a not-for-profit entity (NFP) receives distributions during the agreement's term. Upon termination of the trust, the remainder of the trust assets is paid to the donor or to third-party beneficiaries designated by the donor.

- **Charitable Lead Unitrust**

See Topic(s) 958

A trust established in connection with a split-interest agreement, in which a not-for-profit entity (NFP) receives distributions of a fixed percentage of the fair value of the trust's assets during the agreement's term. Upon termination of the trust, the remainder of the trust assets is paid to the donor or to third-party beneficiaries designated by the donor.

- **Charitable Remainder Annuity Trust**

See Topic(s) 958

A trust established in connection with a split-interest agreement, in which the donor or a third-party beneficiary receives distributions of a fixed amount during the agreement's term. Upon termination of the trust, a not-for-profit entity (NFP) receives the assets remaining in the trust.

- **Charitable Remainder Trust**

See Topic(s) 958

A trust established in connection with a split-interest agreement, in which the donor or a third-party beneficiary receives specified distributions during the agreement's term. Upon termination of the trust, a not-for-profit entity (NFP) receives the assets remaining in the trust.

- **Charitable Remainder Unitrust**

See Topic(s) 958

A trust established in connection with a split-interest agreement, in which the donor or a third-party beneficiary receives distributions of a fixed percentage of the fair value of the trust's assets during the agreement's term. Upon termination of the trust, a not-for-profit entity (NFP) receives the assets remaining in the trust.

- **Charity Care**

See Topic(s) 954

Charity care represents health care services that are provided but are never expected to result in cash flows. Charity care is provided to a patient with demonstrated inability to pay. Each

entity establishes its own criteria for charity care consistent with its mission statement and financial ability.

- **Chips**

    See Topic(s) 924

    Money substitutes, in various denominations, issued by a gaming entity and used for wagering.

- **CIRA**

    See Common Interest Realty Association.

- **Claim**

    Definition 1   | See Topic(s) 852

    As defined by Section 101(4) of the Bankruptcy Code, a right to payment, regardless of whether the right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, secured, or unsecured, or a right to an equitable remedy for breach of performance if such breach results in a right to payment, regardless of whether the right is reduced to a fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured right.

    Definition 2   | See Topic(s) 944

    A demand for payment of a policy benefit because of the occurrence of an insured event.

- **Claim Adjustment Expenses**

    See Topic(s) 944

    Expenses incurred in the course of investigating and settling claims.

- **Claims Stabilization Reserve**

    See Topic(s) 325

    The claims stabilization reserve is established through deductions from the policy account balance through the cost of insurance charge and is sometimes held in a general account (that is, an account that is intermingled with the insurance entity's assets) as opposed to a legally segregated account (sometimes referred to as a separate account). The amounts are accumulated in this account until a death benefit is paid. The death benefit represents a combination of the policy account balance and the claims stabilization reserve based on the contractual terms. The cost of insurance is recalculated periodically based on actual experience of the insured class. Annually, the claims stabilization reserve is reviewed and an experience credit may be issued back to the policyholder if the experience has been favorable. The balance in the claims stabilization reserve will be reviewed annually and to the extent the balance is greater than the forecasted or expected amount, an experience refund would get credited to the entity's policy account balance. An entity's claims stabilization reserve will generally be realized through the collection of death benefits or an experience refund that gets credited to the policyholder's policy account balance or upon surrender of the group policy. A claims stabilization reserve is included in a policy as a mechanism for the policyholder and the insurance entity to share in the mortality risk, which in this case is the risk that the deaths will occur sooner than originally expected. Absent a claims stabilization reserve, the policyholder's net cost of insurance would typically be higher than in a policy without a claims stabilization reserve. The claims stabilization reserve is sometimes referred to as a mortality reserve or a mortality retention reserve. (Note: The use of this glossary term is not consistent among legal contracts. When

determining the applicability of this term, the economic substance of the item shall be taken into consideration.)

- **Class of Financing Receivable**

    See Topic(s) 310, 326

    A group of financing receivables determined on the basis of all of the following:
    a. Initial measurement attribute (for example, amortized cost or purchased credit impaired)

    b. Risk characteristics of the financing receivable

    c. An entity's method for monitoring and assessing credit risk.

    See paragraphs <u>310-10-55-16 through 55-18</u> and <u>310-10-55-22</u>.

    **Note**: The following definition is Pending Content; see Transition Guidance in <u>326-10-65-1</u>

    A group of financing receivables determined on the basis of both of the following:
    a. Risk characteristics of the financing receivable

    b. An entity's method for monitoring and assessing credit risk.

    See paragraphs <u>326-20-55-11 through 55-14</u> and <u>326-20-50-3</u>.

- **CLAT**

    See <u>Charitable Lead Annuity Trust</u>.

- **Cleanup Call Option**

    See Topic(s) 860

    An option held by the servicer or its affiliate, which may be the transferor, to purchase the remaining transferred financial assets, or the remaining beneficial interests not held by the transferor, its affiliates, or its agents in an entity (or in a series of beneficial interests in transferred financial assets within an entity) if the amount of outstanding financial assets or beneficial interests falls to a level at which the cost of servicing those assets or beneficial interests becomes burdensome in relation to the benefits of servicing.

- **Closed Block**

    See Topic(s) 944

    A mechanism to preserve, over time, the reasonable dividend expectations of individual policyholders with individual life, health, or annuity policies for which dividends are currently being paid or are expected to be paid under the current dividend scale. A closed block comprises a defined, limited group of policies and a defined set of assets, and is governed by a set of operating rules.

- **Closed-End Funds**

    See Topic(s) 946

    Closed-end funds are investment companies that issue a fixed number of shares (that generally trade on an open market) to raise capital, similar to the way in which an entity sells stock in an initial public offering.

**Closed-Form Model**

See Topic(s) 718

A valuation model that uses an equation to produce an estimated fair value. The Black-Scholes-Merton formula is a closed-form model. In the context of option valuation, both closed-form models and lattice models are based on risk-neutral valuation and a contingent claims framework. The payoff of a contingent claim, and thus its value, depends on the value(s) of one or more other assets. The contingent claims framework is a valuation methodology that explicitly recognizes that dependency and values the contingent claim as a function of the value of the underlying asset(s). One application of that methodology is risk-neutral valuation in which the contingent claim can be replicated by a combination of the underlying asset and a risk-free bond. If that replication is possible, the value of the contingent claim can be determined without estimating the expected returns on the underlying asset. The Black-Scholes-Merton formula is a special case of that replication.

**Closure**

See Topic(s) 410

Related to the Resource Conservation and Recovery Act of 1976: the process in which the owner-operator of a hazardous waste management unit discontinues active operation of the unit by treating, removing from the site, or disposing of on site all hazardous wastes in accordance with an Environmental Protection Agency or state-approved plan. Included, for example, are the process of emptying, cleaning, and removing or filling underground storage tanks and the capping of a landfill. Closure entails specific financial guarantees and technical tasks that are included in a closure plan and must be implemented.

**CLUT**

See Charitable Lead Unitrust.

**Coding**

See Topic(s) 985

Generating detailed instructions in a computer language to carry out the requirements described in the detail program design. The coding of a computer software product may begin before, concurrent with, or after the completion of the detail program design.

**Collaborative Arrangement**

See Topic(s) 808

A contractual arrangement that involves a joint operating activity (see paragraph 808-10-15-7). These arrangements involve two (or more) parties that meet both of the following requirements:
    a.  They are active participants in the activity (see paragraphs 808-10-15-8 through 15-9).

    b.  They are exposed to significant risks and rewards dependent on the commercial success of the activity (see paragraphs 808-10-15-10 through 15-13).

**Collateral**

See Topic(s) 860

Personal or real property in which a security interest has been given.

**Collateral-Dependent Loan**

See Topic(s) 310

A loan for which the repayment is expected to be provided solely by the underlying collateral.

**Note**: The following definition is Pending Content; see Transition Guidance in 326-10-65-1

[Glossary term superseded by Accounting Standards Update No. 2016-13]

**Collateralized Financing Entity**

See Topic(s) 805, 810, 820

A variable interest entity that holds financial assets, issues beneficial interests in those financial assets, and has no more than nominal equity. The beneficial interests have contractual recourse only to the related assets of the collateralized financing entity and are classified as financial liabilities. A collateralized financing entity may hold nonfinancial assets temporarily as a result of default by the debtor on the underlying debt instruments held as assets by the collateralized financing entity or in an effort to restructure the debt instruments held as assets by the collateralized financing entity. A collateralized financing entity also may hold other financial assets and financial liabilities that are incidental to the operations of the collateralized financing entity and have carrying values that approximate fair value (for example, cash, broker receivables, or broker payables).

**Collateral Split-Dollar Life Insurance**

See Topic(s) 715

A split-dollar life insurance arrangement in which the employee (or the employee's estate or a trust controlled by the employee, referred to as the employee) owns and controls the insurance policy.

**Collections**

See Topic(s) 360, 958

Works of art, historical treasures, or similar assets that meet all of the following criteria:
a. They are held for public exhibition, education, or research in furtherance of public service rather than financial gain.

b. They are protected, kept unencumbered, cared for, and preserved.

c. They are subject to an organizational policy that requires the proceeds of items that are sold to be used to acquire other items for collections.

Collections generally are held by museums; botanical gardens; libraries; aquariums; arboretums; historic sites; planetariums; zoos; art galleries; nature, science, and technology centers; and similar educational, research, and public service organizations that have those divisions; however, the definition is not limited to those entities nor does it apply to all items held by those entities.

**Note**: The following definition is Pending Content; see Transition Guidance in 958-10-65-3.

Works of art, historical treasures, or similar assets that meet all of the following criteria:
a. They are held for public exhibition, education, or research in furtherance of public service rather than financial gain.

b.  They are protected, kept unencumbered, cared for, and preserved.

c.  They are subject to an organizational policy that requires the use of proceeds from items that are sold to be for the acquisitions of new collection items, the direct care of existing collections, or both.

Collections generally are held by museums; botanical gardens; libraries; aquariums; arboretums; historic sites; planetariums; zoos; art galleries; nature, science, and technology centers; and similar educational, research, and public service organizations that have those divisions; however, the definition is not limited to those entities nor does it apply to all items held by those entities.

•
## Combination Award

See Topic(s) 718

An award with two or more separate components, each of which can be separately exercised. Each component of the award is actually a separate award, and compensation cost is measured and recognized for each component.

•
## Combined Financial Statements

See Topic(s) 810, 958

The financial statements of a combined group of commonly controlled entities or commonly managed entities presented as those of a single economic entity. The combined group does not include the parent.

•
## Commencement Date of the Lease (Commencement Date)

See Topic(s) 210, 255, 310, 410, 450, 460, 740, 805, 815, 842

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

The date on which a lessor makes an underlying asset available for use by a lessee. See paragraphs 842-10-55-19 through 55-21 for implementation guidance on the commencement date.

•
## Commercial Letter of Credit

See Topic(s) 460

A document issued typically by a financial institution on behalf of its customer (the account party) authorizing a third party (the beneficiary), or in special cases the account party, to draw drafts on the institution up to a stipulated amount and with specified terms and conditions; it is a conditional commitment (except if prepaid by the account party) on the part of the institution to provide payment on drafts drawn in accordance with the terms of the document.

•
## Commercial Production

See Topic(s) 905

The point at which production from an orchard, vineyard, or grove first reaches a level that makes operations economically feasible, based on prices normally expected to prevail.

•
## Commitment Fees

See Topic(s) 310

Fees charged for entering into an agreement that obligates the entity to make or acquire a loan or to satisfy an obligation of the other party under a specified condition. Commitment fees include fees for letters of credit and obligations to purchase a loan or group of loans and pass-through certificates.

•

## Committed-to-Be-Released Shares

See Topic(s) 718

Committed-to-be-released shares are shares that, although not legally released, will be released by a future scheduled and committed debt service payment and will be allocated to employees for service rendered in the current accounting period. The period of employee service to which shares relate is generally defined in the employee stock ownership plan documents. Shares are legally released from suspense and from serving as collateral for employee stock ownership plan debt as a result of payment of debt service. Those shares are required to be allocated to participant accounts as of the end of the employee stock ownership plan's fiscal year. Formulas used to determine the number of shares released can be based on either of the following:

a. The ratio of the current principal amount to the total original principal amount (in which case unearned employee stock ownership plan shares and debt balance will move in tandem)

b. The ratio of the current principal plus interest amount to the total original principal plus interest to be paid.

Shares are released more rapidly under the second method than under the first. Tax law permits the first method only if the employee stock ownership plan debt meets certain criteria.

•

## Common Costs

See Topic(s) 970, 978

Costs that relate to two or more units or phases within a real estate or time-sharing project.

•

## Common Interest Realty Association

See Topic(s) 972

An association, also known as a community association, responsible for the governance of the common interest community, for which it was established to serve. A common interest realty association is generally funded by its members via periodic assessments by the common interest realty association so that it can perform its duties, which include management services and maintenance, repair, and replacement of the common property, among other duties established in the governing documents and by state statute.

•

## Common Property

See Topic(s) 972

A common interest realty association's real or personal property to which title or other evidence of ownership is held by either:

a. Individual members in common

b. The common interest realty association directly.

•

## Common Risk Characteristics

See Topic(s) 310

Loans with similar credit risk (for example, evidenced by similar Fair Isaac Company [FICO] scores, an automated rating process for credit reports) or risk ratings, and one or more predominant risk characteristics, such as financial asset type, collateral type, size, interest rate, date of origination, term, and geographic location.

- 
## Common Stock

See Topic(s) 260, 323

A stock that is subordinate to all other stock of the issuer. Also called common shares.

- 
## Communication Date

See Topic(s) 420

The date the plan of termination for one-time employee termination benefits meets all of the criteria in paragraph 420-10-25-4 and has been communicated to employees.

- 
## Compensated Absences

See Topic(s) 710

Employee absences, such as vacation, illness, and holidays, for which it is expected that employees will be paid.

- 
## Compensation

See Topic(s) 958

Reciprocal transfers of cash or other assets in exchange for services performed.

- 
## Compensation Plan

See Topic(s) 946

A plan that provides for a 12b-1 fee, payable by the fund, based on a percentage of the fund's average net assets. The 12b-1 fee may be more or less than the costs incurred by the distributor.

- 
## Completion of a Transfer

See Topic(s) 310

A completion of a transfer occurs for a transaction with any of the following characteristics:
   a.  It satisfies the conditions in paragraph 860-10-40-5 to be accounted for as a sale.

   b.  It is in a business combination.

   c.  It is to a newly created subsidiary if the transferee has written the loan down to its fair value with the intent of transferring the stock of the subsidiary as a dividend to the shareholders of the parent entity.

   d.  It is a contribution receivable or a transfer that satisfies a prior promise to give.

- 
## Component of an Entity

See Topic(s) 205, 320, 360, 715

A component of an entity comprises operations and cash flows that can be clearly distinguished, operationally and for financial reporting purposes, from the rest of the entity. A component of an entity may be a reportable segment or an <u>operating segment</u>, a <u>reporting unit</u>, a subsidiary, or an <u>asset group</u>.

- 

## Comprehensive Income

See Topic(s) 205, 220, 815, 954

The change in equity (net assets) of a business entity during a period from transactions and other events and circumstances from nonowner sources. It includes all changes in equity during a period except those resulting from investments by owners and distributions to owners. Comprehensive income comprises both of the following:

    a. All components of <u>net income</u>

    b. All components of <u>other comprehensive income</u>.

- 

## Condensate

See Topic(s) 932

Condensate is a mixture of hydrocarbons that exists in the gaseous phase at original reservoir temperature and pressure but that when produced is in the liquid phase at surface pressure and temperature.

- 

## Conditional Asset Retirement Obligation

See Topic(s) 410

A legal obligation to perform an asset retirement activity in which the timing and (or) method of settlement are conditional on a future event that may or may not be within the control of the entity.

- 

## Conditional Contribution

See Topic(s) 230, 720, 954, 958

**Note**: The following definition is Pending Content; see Transition Guidance in <u>958-10-65-2</u>.

A contribution that contains a <u>donor-imposed condition</u>.

- 

## Conditional Promise to Give

See Topic(s) 958

A promise to give that depends on the occurrence of a specified future and uncertain event to bind the promisor.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>958-10-65-2</u>.

A promise to give that is subject to a <u>donor-imposed condition</u>.

- 

## Condominium

See Topic(s) 972

A form of ownership of real property that combines exclusive ownership of a defined space and an undivided interest in the common elements. (Also referred to as a condo.) A common interest realty association is not a condominium unless the undivided interests in the common elements are vested in the unit owners.

- 

## Conduit Debt Securities

See Topic(s) 105, 220, 280, 360, 405, 715, 805, 820, 830, 855, 954, 958

Certain limited-obligation revenue bonds, certificates of participation, or similar debt instruments issued by a state or local governmental entity for the express purpose of providing financing for a specific third party (the conduit bond obligor) that is not a part of the state or local government's financial reporting entity. Although conduit debt securities bear the name of the governmental entity that issues them, the governmental entity often has no obligation for such debt beyond the resources provided by a lease or loan agreement with the third party on whose behalf the securities are issued. Further, the conduit bond obligor is responsible for any future financial reporting requirements.

- 

## Confirmed Plan

See Topic(s) 852

An official approval by the court of a plan of reorganization under a <u>Chapter 11</u> proceeding that makes the plan binding on the debtors and creditors. Before a plan is confirmed, it must satisfy 11 requirements in section 1129(a) of the <u>Bankruptcy Code</u>.

- 

## Consent Decree

See Topic(s) 410

A legal document, approved by a judge, that formalizes an agreement reached between the Environmental Protection Agency and potentially responsible parties through which potentially responsible parties will conduct all or part of a remedial action at a Superfund site; cease or correct actions or processes that are polluting the environment; or otherwise comply with regulations where potentially responsible parties' failure to comply caused the Environmental Protection Agency to initiate regulatory enforcement actions. The consent decree describes the actions potentially responsible parties will take and may be subject to a public comment period.

- 

## Consenting Classes

See Topic(s) 852

Classes of creditors or stockholders that approve the proposed plan.

- 

## Consideration

See Topic(s) 605

Includes items that the customer can apply against trade amounts owed to the vendor. Consideration may take a variety of different forms including cash payments by a vendor to a customer, credits that the customer can apply, equity instruments of the vendor (regardless of whether a measurement date has been reached), and free products or services given to the customer by the vendor. Consideration may be referred to by terms such as sales incentives, discounts, coupons, rebates, price reductions, and so forth.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>606-10-65-1</u>.

[<u>Glossary term superseded by Accounting Standards Update No. 2014-09</u>]

## Consideration in the Contract

See Topic(s) 842

**Note**: The following definition is Pending Content; see Transition Guidance in <u>842-10-65-1</u>.

See paragraph <u>842-10-15-35</u> for what constitutes the consideration in the <u>contract</u> for <u>lessees</u> and paragraph <u>842-10-15-39</u> for what constitutes consideration in the contract for <u>lessors</u>.

## Consolidated Affiliate

See Topic(s) 860

An entity whose assets and liabilities are included in the consolidated, combined, or other financial statements being presented.

## Consolidated Financial Statements

See Topic(s) 260, 740, 810, 932, 942

The financial statements of a consolidated group of entities that include a parent and all its subsidiaries presented as those of a single economic entity.

## Consolidated Group

See Topic(s) 260, 810

A parent and all its subsidiaries.

## Consolidation

See Topic(s) 958

The presentation of a single set of amounts for an entire reporting entity. Consolidation requires elimination of intra-entity transactions and balances.

## Construction Period Lease Payments

See Topic(s) 840

With respect to a build-to-suit lease transaction, payments the lessee may be obligated to make to the lessor before the completion of construction of the asset to be leased and the beginning of the lease term.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>842-10-65-1</u>.

[<u>Glossary term superseded by Accounting Standards Update No. 2016-02</u>]

## Consumer Price Index for All Urban Consumers

See Topic(s) 255

An index of price level changes affecting consumers generally, often used to measure changes in the general purchasing power of the monetary unit itself.

## Contingency

See Topic(s) 450, 460, 805

An existing condition, situation, or set of circumstances involving uncertainty as to possible gain (gain contingency) or loss (loss contingency) to an entity that will ultimately be resolved when one or more future events occur or fail to occur.

•

## Contingent Consideration

See Topic(s) 805, 958

Usually an obligation of the acquirer to transfer additional assets or equity interests to the former owners of an acquiree as part of the exchange for control of the acquiree if specified future events occur or conditions are met. However, contingent consideration also may give the acquirer the right to the return of previously transferred consideration if specified conditions are met.

•

## Contingent-Deferred Sales Load

See Topic(s) 946

A sales charge imposed directly on redeeming shareholders based on a percentage of the lesser of the redemption proceeds or original cost. The percentage may decrease or be eliminated based on the duration of share ownership (frequently decreases by 1 percent a year). Also referred to as back-end load.

•

## Contingent Issuance

See Topic(s) 260

A possible issuance of shares of common stock that is dependent on the satisfaction of certain conditions.

•

## Contingently Convertible Instruments

See Topic(s) 260

Contingently convertible instruments are instruments that have embedded conversion features that are contingently convertible or exercisable based on either of the following:
    a.  A market price trigger

    b.  Multiple contingencies if one of the contingencies is a market price trigger and the instrument can be converted or share settled based on meeting the specified market condition.


A market price trigger is a market condition that is based at least in part on the issuer's own share price. Examples of contingently convertible instruments include contingently convertible debt, contingently convertible preferred stock, and the instrument described by paragraph 260-10-45-43, all with embedded market price triggers.

•

## Contingently Issuable Shares

See Topic(s) 260

Shares issuable for little or no cash consideration upon the satisfaction of certain conditions pursuant to a contingent stock agreement. Also called contingently issuable stock. See Contingent Stock Agreement.

•

**Contingent Rentals**

See Topic(s) 840

The increases or decreases in lease payments that result from changes occurring after lease inception in the factors (other than the passage of time) on which lease payments are based, excluding any escalation of minimum lease payments relating to increases in construction or acquisition cost of the leased property or for increases in some measure of cost or value during the construction or pre-construction period. The term *contingent rentals* contemplates an uncertainty about future changes in the factors on which lease payments are based.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>842-10-65-1</u>.

[<u>Glossary term superseded by Accounting Standards Update No. 2016-02</u>]

- **Contingent Stock Agreement**

See Topic(s) 260

An agreement to issue common stock (usually in connection with a business combination) that is dependent on the satisfaction of certain conditions. See <u>Contingently Issuable Shares</u>.

- **Continuing Franchise Fees**

See Topic(s) 952

Consideration for the continuing rights granted by the franchise agreement and for general or specific services during its life.

- **Continuing Investments**

See Topic(s) 978

The sum of the buyer's payments to date (down payment, fees retained by the seller, and principal payments subsequent to the down payment) towards the purchase of a time-sharing interval. Payments of interest are excluded.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>606-10-65-1</u>.

[<u>Glossary term superseded by Accounting Standards Update No. 2014-09</u>]

- **Continuing Involvement**

Definition 1    | See Topic(s) 860

Any involvement with the transferred <u>financial assets</u> that permits the <u>transferor</u> to receive cash flows or other benefits that arise from the transferred financial assets or that obligates the transferor to provide additional cash flows or other assets to any party related to the <u>transfer</u>. For related implementation guidance, see paragraph <u>860-10-55-79A</u>.

Definition 2    | See Topic(s) 978

A situation in which the seller has not transferred substantially all of the benefits and risks incident to the ownership of real estate. Benefits include but are not limited to:
    a.  The right to occupy the property

    b.  The transferability of the time-sharing interval without restrictions from the seller

    c.  The right to insurance proceeds and condemnation awards

    d.  The right to participate in making decisions regarding management of the property

    e.  The control over rental of the time-sharing interval

    f.  The right to any increase in the value of the time-sharing interval.

Risks include but are not limited to:
    a.  The responsibility for payment of applicable taxes, repairs, utilities, maintenance, insurance, and improvements

    b.  The responsibility for management of the property

    c.  Legal liabilities

    d.  Setting aside of replacement reserves

    e.  Casualty losses

    f.  Exposure to any decrease in the value of the time-sharing interval.

In time-sharing transactions, it is common for certain of the benefits and risks to be transferred to an owners association or similar entity that acts on behalf of the owners of time-sharing intervals. See paragraphs 978-605-55-2 through 55-30.

**Note**: The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

[Glossary term superseded by Accounting Standards Update No. 2014-09]

•
## Contract

See Topic(s) 210, 230, 235, 255, 270, 275, 310, 340, 350, 360, 410, 420, 430, 440, 450, 460, 470, 505, 605, 606, 610, 705, 718, 720, 740, 805, 808, 810, 815, 820, 835, 840, 842, 845, 860, 910, 912, 926, 932, 940, 950, 952, 954, 958, 970, 974, 978, 980, 985

**Note:** The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

An agreement between two or more parties that creates enforceable rights and obligations.

•
## Contract Asset

See Topic(s) 270, 606, 610, 740, 805, 835, 912, 954

**Note:** The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

An entity's right to consideration in exchange for goods or services that the entity has transferred to a customer when that right is conditioned on something other than the passage of time (for example, the entity's future performance).

•
## Contract Exchange

See Topic(s) 944

The legal extinguishment of one contract and the issuance of another.

•
## Contract-for-Deed

See Topic(s) 978

A purchase contract by which the seller agrees at some future point, when the purchaser has paid a specified portion of the price of the time-sharing interval, to convey title to the purchaser. The transfer of title may not be dependent on other factors or contingencies.

•
## Contract Liability

See Topic(s) 270, 430, 605, 606, 610, 835, 954

**Note:** The following definition is Pending Content; see Transition Guidance in <u>606-10-65-1</u>

An entity's obligation to transfer goods or services to a <u>customer</u> for which the entity has received consideration (or the amount is due) from the customer.

•
## Contractor

See Topic(s) 605

A person or entity that enters into a contract to construct facilities, produce goods, or render services to the specifications of a buyer either as a general or prime contractor, as a subcontractor to a general contractor, or as a construction manager.

•
## Contract Period

See Topic(s) 944

The period over which insured events that occur are covered by insurance or reinsurance contracts. Commonly referred to as the coverage period or period that the contracts are in force.

•
## Contract Rate

See Topic(s) 944

The rate of interest that accrues to policyholder balances.

•
## Contractually Required Payments Receivable

See Topic(s) 310

The total undiscounted amount of all uncollected contractual principal and contractual interest payments both past due and scheduled for the future, adjusted for the timing of prepayments, if considered, less any reduction by the investor. For an acquired asset-backed security with required contractual payments of principal and interest, the contractually required payments receivable is represented by the contractual terms of the security. However, when contractual payments of principal and interest are not specified by the security, it is necessary to consider the contractual terms of the underlying loans or assets.

•
## Contractually Specified Component

See Topic(s) 815

**Note**: The following definition is Pending Content; see Transition Guidance in <u>815-20-65-3</u>.

An index or price explicitly referenced in an agreement to purchase or sell a nonfinancial asset other than an index or price calculated or measured solely by reference to an entity's own operations.

•
## Contractually Specified Servicing Fees

See Topic(s) 860

All amounts that, per contract, are due to the servicer in exchange for servicing the financial asset and would no longer be received by a servicer if the beneficial owners of the serviced assets (or their trustees or agents) were to exercise their actual or potential authority under the contract to shift the servicing to another servicer. Depending on the servicing contract, those fees may include some or all of the difference between the interest rate collectible on the financial asset being serviced and the rate to be paid to the beneficial owners of those financial assets.

- 
**Contract Value**

See Topic(s) 960

The value of an <u>unallocated contract</u> that is determined by the insurance entity in accordance with the terms of the contract.

- 
**Contract Value of a Fully Benefit-Responsive Investment Contract**

See Topic(s) 965

The contract value of a fully benefit-responsive investment contract held by a defined contribution health and welfare benefit plan is the amount a participant would receive if he or she were to initiate transactions under the terms of the ongoing plan.

- 
**Contribution**

See Topic(s) 230, 720, 954, 958

An unconditional transfer of cash or other assets to an entity or a settlement or cancellation of its liabilities in a voluntary nonreciprocal transfer by another entity acting other than as an owner. Those characteristics distinguish contributions from exchange transactions, which are reciprocal transfers in which each party receives and sacrifices approximately equal value; from investments by owners and distributions to owners, which are nonreciprocal transfers between an entity and its owners; and from other nonreciprocal transfers, such as impositions of taxes or legal judgments, fines, and thefts, which are not voluntary transfers. In a contribution transaction, the value, if any, returned to the resource provider is incidental to potential public benefits. In an exchange transaction, the potential public benefits are secondary to the potential proprietary benefits to the resource provider. The term *contribution revenue* is used to apply to transactions that are part of the entity's ongoing major or central activities (revenues), or are peripheral or incidental to the entity (gains). See also <u>Inherent Contribution</u>.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>958-10-65-2</u>.

An unconditional transfer of cash or other assets, as well as <u>unconditional promises to give</u>, to an entity or a reduction, settlement, or cancellation of its liabilities in a voluntary nonreciprocal transfer by another entity acting other than as an owner. Those characteristics distinguish contributions from:
  a.  Exchange transactions, which are reciprocal transfers in which each party receives and sacrifices approximately commensurate value

  b.  Investments by owners and distributions to owners, which are nonreciprocal transfers between an entity and its owners

  c.  Other nonreciprocal transfers, such as impositions of taxes or legal judgments, fines, and thefts, which are not voluntary transfers.

In a contribution transaction, the resource provider often receives value indirectly by providing a societal benefit although that benefit is not considered to be of commensurate value. In an exchange transaction, the potential public benefits are secondary to the potential direct benefits

to the resource provider. The term *contribution revenue* is used to apply to transactions that are part of the entity's ongoing major or central activities (revenues), or are peripheral or incidental to the entity (gains). See also <u>Inherent Contribution</u> and <u>Conditional Contribution</u>.

- 
## Contributions Receivable

See Topic(s) 958, 962, 965

Contributions receivable are the amounts due, as of the date of the financial statements, to the plan from employers, participants, and other sources of funding (for example, state subsidies or federal grants). They include amounts due pursuant to firm commitments, as well as legal or contractual requirements.

- 
## Contributory Plan

See Topic(s) 715, 960, 965

A plan under which retirees or active employees contribute part of the cost. In some contributory plans, retirees or active employees wishing to be covered must contribute; in other contributory plans, participants' contributions result in increased benefits.

- 
## Control

Definition 1   | See Topic(s) 310, 850

The possession, direct or indirect, of the power to direct or cause the direction of the management and policies of an entity through ownership, by contract, or otherwise.

Definition 2   | See Topic(s) 954, 958

The direct or indirect ability to determine the direction of management and policies through ownership, contract, or otherwise.

Definition 3   | See Topic(s) 805

The same as the meaning of controlling financial interest in paragraph <u>810-10-15-8</u>.

- 
## Control Area

A control area requires entities that serve load within the control area to demonstrate ownership or contractual rights to capacity sufficient to serve that load at time of peak demand and to provide a reserve margin to protect the integrity of the system against potential generating unit outages in the control area. A control area is a portion of the electric grid that schedules, dispatches, and controls generating resources to serve area load (ultimate users of electricity) and coordinates scheduling of the flow of electric power over the transmission system to neighboring control areas.

- 
## Controlled Amortization Method

See Topic(s) 860

<u>Liquidation method</u> used to allocate principal payments on the receivables in a trust to the investors, under which a predetermined monthly payment schedule is established so that payout to the investors will occur over a specified liquidation period. Principal payments are allocated to the investors based on their participation interests in the receivables in the trust, using one of the liquidation methods (fixed, preset, or floating). Principal payments in excess of the predetermined monthly payment, if any, are allocated to the transferor and increase the investors' ownership interests. If the principal payments allocated to the investors are insufficient to cover the predetermined monthly payment, that payment is reduced by the

amount of the deficiency. If the principal payments allocated to the investors in subsequent months exceed the predetermined monthly payment, the deficiency is recovered.

•
### Control of a Not-for-Profit Entity

See Topic(s) 805, 954, 958

See Control.

•
### Conversion

See Topic(s) 830

The exchange of one currency for another.

•
### Conversion Rate

See Topic(s) 260

The ratio of the number of common shares issuable upon conversion to a unit of a convertible security. For example, $100 face value of debt convertible into 5 shares of common stock would have a conversion ratio of 5:1. Also called conversion ratio.

•
### Convertible Security

See Topic(s) 260, 470

A security that is convertible into another security based on a conversion rate. For example, convertible preferred stock that is convertible into common stock on a two-for-one basis (two shares of common for each share of preferred).

•
### Cooperative Advertising

See Topic(s) 605

Vendor reimbursements to a customer for a portion of the advertising costs incurred by the customer. Cooperative advertising programs generally provide that a vendor will participate in the cost of a customer's advertising. The amount reimbursed to the customer typically is limited to a specified percentage of that customer's purchases from the vendor. The program may or may not require the customer to provide documentation of the actual costs incurred to advertise the vendor's products.

**Note**: The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

[Glossary term superseded by Accounting Standards Update No. 2014-09]

•
### Cooperative Housing Corporation

See Topic(s) 972

Also referred to as a coop, a cooperative housing corporation is an entity established as a corporation that owns the real estate, usually a multi-unit dwelling, and all improvements on it and is responsible for its maintenance and payment of debt service. Ownership in the corporation is evidenced by shares of stock owned by tenant-shareholders who are entitled to occupy a unit under a proprietary lease. The individual ownership interests in most cooperatives are structured as personal property interests, but some are structured as real property interests.

•
### Core Software

See Topic(s) 985

An inventory of software that vendors use in creating other software. Core software is not delivered as is because customers cannot use it unless it is customized to meet system objectives or customer specifications.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>606-10-65-1</u>.

[Glossary term superseded by Accounting Standards Update No. 2014-09]

- 
**Corporate Joint Venture**

See Topic(s) 323, 740, 845, 970

A corporation owned and operated by a small group of entities (the joint venturers) as a separate and specific business or project for the mutual benefit of the members of the group. A government may also be a member of the group. The purpose of a corporate joint venture frequently is to share risks and rewards in developing a new market, product or technology; to combine complementary technological knowledge; or to pool resources in developing production or other facilities. A corporate joint venture also usually provides an arrangement under which each joint venturer may participate, directly or indirectly, in the overall management of the joint venture. Joint venturers thus have an interest or relationship other than as passive investors. An entity that is a subsidiary of one of the joint venturers is not a corporate joint venture. The ownership of a corporate joint venture seldom changes, and its stock is usually not traded publicly. A noncontrolling interest held by public ownership, however, does not preclude a corporation from being a corporate joint venture.

- 
**Corrective Action**

See Topic(s) 410

Related to the Resource Conservation and Recovery Act of 1976: action to remedy releases from hazardous waste management units, or any other sources of releases at or from a treatment, storage, or disposal facility.

- 
**Cost Approach**

See Topic(s) 820

A valuation approach that reflects the amount that would be required currently to replace the service capacity of an asset (often referred to as current replacement cost).

- 
**Cost-Compensation Approach**

Net pension costs under this approach are attributed to periods so that they are a constant percentage of compensation for each period.

- 
**Cost of Insurance**

See Topic(s) 944

Amounts expected to be assessed for mortality.

- 
**Cost-Plus-Award-Fee Contract**

A contract under which the contractor is reimbursed for costs plus a fee consisting of two parts: a fixed amount that does not vary with performance and an award amount based on performance in areas such as quality, timeliness, ingenuity, and cost-effectiveness. The amount

of award fee is based on a subjective evaluation of the contractor's performance judged in light of criteria set forth in the contract.

•

## Cost-Plus-Fixed-Fee Contract

See Topic(s) 912

A contract under which the contractor is reimbursed for costs plus the provision for a fixed fee.

•

## Cost-Plus-Incentive-Fee Contract (Incentive Based on Cost)

A contract under which the contractor is reimbursed for costs plus a fee which is adjusted by formula in accordance with the relationship which total allowable costs bear to target cost. At the outset there is negotiated a target cost, a target fee, a minimum and maximum fee, and the adjustment formula.

•

## Cost-Plus-Incentive-Fee Contract (Incentive Based on Performance)

A contract under which a contractor is reimbursed for costs plus an incentive to surpass stated performance targets by providing for increases in the fee to the extent that such targets are surpassed and for decreases to the extent that such targets are not met.

•

## Cost Recovery Method

Definition 1   | See Topic(s) 360

Under the cost recovery method, no profit is recognized until cash payments by the buyer, including principal and interest on debt due to the seller and on existing debt assumed by the buyer, exceed the seller's cost of the property sold.

Definition 2   | See Topic(s) 944

A revenue recognition method under which premiums are recognized as revenue in an amount equal to estimated claim costs as insured events occur until the ultimate premium is reasonably estimable, and recognition of income is postponed until that time.

•

## Cost-Sharing Contract

A contract under which the contractor is reimbursed only for an agreed portion of costs and under which no provision is made for a fee.

•

## Cost-Sharing (Provisions of the Plan)

See Topic(s) 715

The provisions of the postretirement benefit plan that describe how the costs of the covered benefits are to be shared between the employer and the plan participants. Cost-sharing provisions describe retired and active plan participants' contributions toward their postretirement health care benefits, deductibles, coinsurance, out-of-pocket limitations on participant costs, caps on employer costs, and so forth.

•

## Costs Incurred to Rent Real Estate Projects

See Topic(s) 970

Costs related to real estate rental activities, including the following:

    a.  Model units and their furnishings

    b.  Rental facilities

    c.  Semipermanent signs

    d.  Rental brochures

    e.  Advertising

    f.  Grand openings

    g.  Rental overhead including rental salaries.

•
## Costs Incurred to Sell Real Estate Projects

See Topic(s) 970

Costs related to the sale of real estate, including the following:
    a.  Model units and their furnishings

    b.  Sales facilities

    c.  Sales brochures

    d.  Legal fees for preparation of prospectuses

    e.  Semipermanent signs

    f.  Advertising

    g.  Grand openings

    h.  Sales overhead including sales salaries.

•
## Costs of Joint Activities

See Topic(s) 958

Costs incurred for a joint activity. Costs of joint activities may include joint costs and costs other than joint costs. Costs other than joint costs are costs that are identifiable with a particular function, such as fundraising, program, management and general, and cost of sales. For example, some costs incurred for printing, paper, professional fees, and salaries to produce donor cards are not joint costs, although they may be incurred in connection with conducting joint activities.

•
## Cost-Type Contracts

See Topic(s) 605, 910

Contracts that provide for reimbursement of allowable or otherwise defined costs incurred plus a fee that represents profit. Cost-type contracts usually only require that the contractor use his best efforts to accomplish the scope of the work within some specified time and some stated dollar limitation. See also the following common variations of cost-plus contracts:
    a.  Cost-Plus-Award-Fee Contract

    b.  Cost-Plus-Fixed-Fee Contract

  c. <u>Cost-Plus-Incentive-Fee Contract (Incentive Based on Cost)</u>

  d. <u>Cost-Plus-Incentive-Fee Contract (Incentive Based on Performance)</u>

  e. <u>Cost-Sharing Contract</u>

  f. <u>Cost-Without-Fee Contract</u>.

- 

**Cost-Without-Fee Contract**

 A contract under which the contractor is reimbursed for costs with no provision for a fee.

- 

**Counterparty Performance Conditions**

 See Topic(s) 505

 Conditions that relate to the achievement of a specified performance target, for example, attaining a specified increase in market share for a specified product. A counterparty performance condition might pertain either to the performance of the entity as a whole or to some part of the entity, such as a division.

 **Note**: The following definition is Pending Content; see Transition Guidance in <u>718-10-65-11</u>.

 [Glossary term superseded by Accounting Standards Update No. 2018-07]

- 

**Coupon**

 The term coupon is often used to collectively refer to lifted flight coupons and other electronic evidence of boarding, in which case, it is applicable to both paper tickets and electronic tickets.

- 

**Coverage**

 See Topic(s) 944

 An insurance entity's exposure to loss. The concept of coverage would typically include policy limits, deductible, insured, and covered property or insured event.

- 

**Coverage Period**

 See Topic(s) 944

 See <u>Contract Period</u>.

- 

**CPI-U**

 See <u>Consumer Price Index for All Urban Consumers</u>.

- 

**Cram-Down Provisions**

 See Topic(s) 852

 Provisions requiring that for a plan to be confirmed, a class of <u>claims</u> or interests must either accept the plan or not be impaired. However, the <u>Bankruptcy Code</u> allows the <u>Bankruptcy Court</u> under certain conditions to confirm a plan even though an impaired class has not accepted the plan. To do so, the plan must not discriminate unfairly and must be fair and equitable to each class of claims or interests impaired under the plan that have not accepted it. The Bankruptcy

Code states examples of conditions for secured claims, unsecured claims, and stockholder interests in the fair and equitable requirement.

- 

**CRAT**

See Charitable Remainder Annuity Trust.

- 

**Credit Card Fees**

See Topic(s) 310

The periodic uniform fees that entitle cardholders to use credit cards. The amount of such fees generally is not dependent upon the level of credit available or frequency of usage. Typically the use of credit cards facilitates the cardholder's payment for the purchase of goods and services on a periodic, as-billed basis (usually monthly), involves the extension of credit, and, if payment is not made when billed, involves imposition of interest or finance charges. Credit card fees include fees received in similar arrangements, such as charge card and cash card fees.

- 

**Credit Derivative**

See Topic(s) 460, 815

A derivative instrument that has both of the following characteristics:

    a.  One or more of its underlyings are related to any of the following:
       1.  The credit risk of a specified entity (or a group of entities)

       2.  An index based on the credit risk of a group of entities.

    b.  It exposes the seller to potential loss from credit-risk-related events specified in the contract.

Examples of credit derivatives include, but are not limited to, credit default swaps, credit spread options, and credit index products.

- 

**Credited Service Period**

See Topic(s) 715

Employee service period for which benefits are earned pursuant to the terms of the plan. The beginning of the credited service period may be the date of hire or a later date. For example, a plan may provide benefits only for service rendered after a specified age. Service beyond the end of the credited service period does not earn any additional benefits under the plan. See Attribution Period.

- 

**Credit Life Insurance**

See Topic(s) 944

Life insurance, generally in the form of decreasing term insurance, that is issued on the lives of borrowers to cover payment of loan balances in case of death.

- 

**Credit Quality Indicator**

See Topic(s) 310, 326

A statistic about the credit quality of financing receivables.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>326-10-65-1</u>

A statistic about the credit quality of a <u>financial asset</u>.

- 

**Credit Risk**

See Topic(s) 815, 820

For purposes of a hedged item in a fair value hedge, credit risk is the risk of changes in the hedged item's fair value attributable to both of the following:

    a. Changes in the obligor's creditworthiness

    b. Changes in the spread over the benchmark interest rate with respect to the hedged item's credit sector at inception of the hedge.

For purposes of a hedged transaction in a cash flow hedge, credit risk is the risk of changes in the hedged transaction's cash flows attributable to all of the following:

    a. Default

    b. Changes in the obligor's creditworthiness

    c. Changes in the spread over the benchmark interest rate with respect to the related financial asset's or liability's credit sector at inception of the hedge.

**Note**: The following definition is Pending Content; see Transition Guidance in <u>815-20-65-3</u>.

For purposes of a hedged item in a fair value hedge, credit risk is the risk of changes in the hedged item's fair value attributable to both of the following:

    a. Changes in the obligor's creditworthiness

    b. Changes in the spread over the <u>benchmark interest rate</u> with respect to the hedged item's credit sector at inception of the hedge.

For purposes of a hedged transaction in a cash flow hedge, credit risk is the risk of changes in the hedged transaction's cash flows attributable to all of the following:

    a. Default

    b. Changes in the obligor's creditworthiness

    c. Changes in the spread over the contractually specified interest rate or the benchmark interest rate with respect to the related financial asset's or liability's credit sector at inception of the hedge.

- 

**Crop Development Costs**

See Topic(s) 905

Costs incurred up to the time crops are produced in commercial quantities, including the costs of land preparation, plants, planting, fertilization, grafting, pruning, equipment use, and irrigation.

- 

**Crops**

See Topic(s) 905

Grains, vegetables, fruits, berries, nuts, and fibers grown by agricultural producers.

**Cross-Collateralized**

See Topic(s) 926

An arrangement that grants a licensee distribution rights to multiple films, territories, or markets. The exploitation results for all applicable films, territories, or markets are aggregated by this licensee for purposes of determining amounts payable to the licensor under the arrangement.

**Note**: The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

[Glossary term superseded by Accounting Standards Update No. 2014-09]

**Cross-Volatility**

See Topic(s) 718

A measure of the relationship between the volatilities of the prices of two assets taking into account the correlation between movements in the prices of the assets. See Volatility.

**CRUT**

See Charitable Remainder Unitrust.

**Currency Risk**

See Topic(s) 820

The risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in foreign exchange rates.

**Current Assets**

See Topic(s) 210, 310

Current assets is used to designate cash and other assets or resources commonly identified as those that are reasonably expected to be realized in cash or sold or consumed during the normal operating cycle of the business. See paragraphs 210-10-45-1 through 45-4.

**Current Cost-Constant Purchasing Power Accounting**

See Topic(s) 255

A method of accounting based on measures of current cost or lower recoverable amount in units of currency, each of which has the same general purchasing power. For operations in which the dollar is the functional currency, the general purchasing power of the dollar is used and the Consumer Price Index for All Urban Consumers is the required measure of purchasing power. For operations in which the functional currency is other than the dollar, the general purchasing power of either the dollar or the functional currency is used (see paragraphs 255-10-50-45 through 50-47).

**Current Liabilities**

See Topic(s) 210

Current liabilities is used principally to designate obligations whose liquidation is reasonably expected to require the use of existing resources properly classifiable as current assets, or the creation of other current liabilities. See paragraphs 210-10-45-5 through 45-12.

- **Current Shareholders**

  See Topic(s) 946

  Shareholders of a fund, or a class of shares of a fund, at an evaluation or measurement date. Amounts attributable to current shareholders are based on shares outstanding at that date and do not include estimates of future reinvestments or other share purchases.

- **Current Tax Expense (or Benefit)**

  See Topic(s) 323, 740

  The amount of income taxes paid or payable (or refundable) for a year as determined by applying the provisions of the enacted tax law to the taxable income or excess of deductions over revenues for that year.

- **Curtailment**

  See Topic(s) 715

  See Plan Curtailment.

- **Curtailment (of a Postretirement Benefit Plan)**

  See Topic(s) 715

  An event that significantly reduces the expected years of future service of active plan participants or eliminates the accrual of defined benefits for some or all of the future services of a significant number of active plan participants.

- **Customer**

  Definition 1   | See Topic(s) 235, 270, 275, 330, 340, 350, 360, 410, 430, 450, 460, 470, 505, 605, 606, 610, 705, 718, 720, 740, 808, 810, 820, 835, 840, 845, 912, 932, 940, 950, 952, 954, 958, 978, 980, 985

  A user or reseller.

  **Note**: The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

  A party that has contracted with an entity to obtain goods or services that are an output of the entity's ordinary activities in exchange for consideration.

  Definition 2   | See Topic(s) 605

  A reseller or a consumer, either an individual or a business that purchases a vendor's products or services for end use rather than for resale. This definition is consistent with paragraph 280-10-50-42, which states that a group of entities known to a reporting entity to be under common control shall be considered as a single customer, and the federal government, a state government, a local government (for example, a county or municipality), or a foreign government each shall be considered as a single customer. Customer includes any purchaser of the vendor's products at any point along the distribution chain, regardless of whether the purchaser acquires the vendor's products directly or indirectly (for example, from a distributor) from the vendor. For example, a vendor may sell its products to a distributor who in turn resells the products to a retailer. The retailer in that example is a customer of the vendor.

  **Note**: The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

  [Glossary term superseded by Accounting Standards Update No. 2014-09]

- **Customer Support**

See Topic(s) 985

Services performed by an entity to assist customers in their use of software products. Those services include any installation assistance, training classes, telephone question and answer services, newsletters, on-site visits, and software or data modifications.