# EXHIBIT 9

Message

| | |
|---|---|
| From: | Capalad, Karen [/O=BANK OF AMERICA/OU=NORTH AMERICAN ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KAREN.CAPALAD] |
| Sent: | 12/1/2016 3:56:28 PM |
| To: | Cain, Clarette S. [ClarCain@fdic.gov] |
| CC: | Ciardi, Scott S. [SCiardi@FDIC.gov]; Rossi, Thomas-FDIC-Examiner [/O=BANK OF AMERICA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rossi, Thomas NBKGZBZ819]; Hovik, Christopher - FDIC-Examiner [/O=BANK OF AMERICA/OU=North American Administrative Group/cn=Recipients/cn=NBKNZWE]; Wertz, Phillip -Legal [/O=BANK OF AMERICA/OU=North American Administrative Group/cn=Recipients/cn=Phillip.Wertz] |
| Subject: | RE: RC-O counterparty exposure information request |
| Attachments: | As Reported List of Top 20 Counterparties.xlsx; Revised List of Top 20 Counterparties w Entity Breakdown.xlsx; Summary of Changes Template 2Q2012 to 1Q2013.xlsx |

Hi Clarette – the requested information is attached. The 2Q2012-1Q2013 estimate was prepared via aggregating the ▓▓▓▓▓ affiliates that were previously included in the Top 20 single counterparty list originally submitted to the FDIC. Upon doing this, ▓▓ became the Top Counterparty and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This detail may be used to estimate the expense changes upon an amendment.

Thanks,
Karen


Karen Capalad
Global Regulatory Relations
Bank of America

Bank of America Corporate Center | 100 N. Tryon Street | NC1-007-13-14 | Charlotte | NC | 28255

Office:   980-683-6442
Mobile:   704-975-0476


Bank of America requests confidential treatment for this communication (including any attachments), which contains confidential information concerning the business plans and internal business processes of Bank of America and confidential supervisory information. This information is not available to the public and is exempt from disclosure under exemptions (b)(4) and (b)(8) of the Freedom of Information Act, 5 U.S.C. Section 552 (b)(4), (b)(8). Submission of this material does not waive any privilege protected under 12 USC 1828(x) enacted as part of the Financial Services Regulatory Relief Act of 2006. Disclosure of the information contained herein would result in substantial competitive harm to Bank of America.

---

**From:** Cain, Clarette S. [mailto:ClarCain@fdic.gov]
**Sent:** Thursday, November 17, 2016 10:27 AM
**To:** Capalad, Karen
**Cc:** Ciardi, Scott S.; Rossi, Thomas-FDIC-Examiner; Hovik, Christopher - FDIC-Examiner
**Subject:** RC-O counterparty exposure information request

Karen:

On July 22, 2016, the FDIC requested that BANA provide the following information to facilitate its ongoing audit of RC-O counterparty exposures:

- A list of the Top 20 counterparties (counterparty name and exposure amount) for each of the seven quarters from 2Q2013 through 4Q2014.

- In this list, please aggregate and treat exposures to entities that are affiliates of each other (including the bank's own affiliates) as exposure to a single counterparty.
- Please include a breakdown of each of the legal entities, if any, (entity name and exposure amount) that are consolidated into each of the Top 20 counterparties.

In an August 2, 2016 email to Charles Yi (General Counsel of the FDIC) and Diane Ellis (Director of the Division of Insurance and Research), BANA requested that the FDIC set aside this request until the legal and policy questions related to counterparty exposure reporting requirements under the 2011 final rule are resolved. In early September 2016, the FDIC entered into a tolling agreement with BANA in which the FDIC, among other things, agreed not to seek corrected reports before October 15, 2016. That period has now expired and the FDIC is once again asking that BANA provide the requested information. In addition, please provide the same information requested above for each of the four quarters from 2Q2012 to 1Q2013.

Please provide the requested list of the Top 20 counterparties (including exposure amounts) for each of the eleven quarters discussed above by December 1, 2016. Please provide the breakdown of each of the legal entities, if any, (entity name and exposure amount) that are consolidated into each of the Top 20 counterparties by December 6, 2016.

If you have any questions, or wish to discuss this matter further, please contact me at (202) 898-6854.

Clarette Cain
Large Bank Pricing
FDIC Division of Insurance & Research
clarcain@fdic.gov
202-898-6854