UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>*Defendant*. | Civil Action No. 17-36 (LLA) |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 385, it is hereby **ORDERED** that the FDIC's Motion for Partial Summary Judgment, ECF No. 361, is **GRANTED** in part and **DENIED** in part, and BANA's Motion for Summary Judgment, ECF No. 366, is **GRANTED** in part and **DENIED** in part.  It is further **ORDERED** that judgment is entered in favor of the FDIC and against BANA in the amount of **$540,261,499.90**, representing the underpaid assessments from 2Q 2013 through 4Q 2014, plus pre- and post-judgment interest.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date:  March 31, 2025