**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FEDERAL DEPOSIT INSURANCE
CORPORATION,

                Plaintiff/
                Counterclaim
                Defendant,

v.

BANK OF AMERICA, N.A.,

                Defendant/
                Counterclaim
                Plaintiff.

Case No. 1:17-cv-36-LLA

**JOINT NOTICE IN RESPONSE TO MINUTE ORDER**

Plaintiff/Counterclaim Defendant Federal Deposit Insurance Corporation ("FDIC") and

Defendant/Counterclaim Plaintiff Bank of America, N.A. ("BANA") (collectively the "Parties")

jointly submit this notice to advise the Court that, having met and conferred as required by the

March 31, 2026 Minute Order, the Parties have agreed that no redactions are necessary to the

Court's Memorandum Opinion and Order (Dkt. 415) and that the entire opinion may be placed on

the public docket.

      Dated:  April 2, 2026                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/  *Eric C. Lyttle*
Eric C. Lyttle (D.C. Bar No. 482856)
Jonathan G. Cooper (D.C. Bar No. 999764)
Alec Levy (D.C. Bar No. 1616241)
Kyra Simon (D.C. Bar No. 198056)
Michael J. Sebring (D.C. Bar No. 1670879)
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 13th Street NW, Suite 600
Washington, DC 20004
Phone: (202) 538-8000
Fax: (202) 538-8100
ericlyttle@quinnemanuel.com
jonathancooper@quinnemanuel.com
aleclevy@quinnemanuel.com
kyrasimon@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Attorneys for Plaintiff/Counterclaim Defendant*
*Federal Deposit Insurance Corporation*

/s/  *Eugene Scalia*
Eugene Scalia (DC Bar No. 447524)
Helgi C. Walker (DC Bar No. 454300)
Russell B. Balikian (DC Bar No. 1018417)
Matt Gregory (DC Bar No. 1033813)
Samuel Z. Whipple (DC Bar No. 1736012)
Marquan Robertson (DC Bar No. 90022876)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone:    202.955.8500
Facsimile:    202.467.0539

Marshall R. King (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:    212.351.4000
Facsimile:    212.351.4035

*Attorneys for Defendant/Counterclaim Plaintiff*
*Bank of America, N.A.*